IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.: 3:24-mc-_104_

FILED
CHARLOTTE, NC

JUN 18 2024

US District Court
Western District of NC

IN RE: )
)
USE OF ARTIFICIAL INTELLIGENCE )
)
_____ )

Briefs and memoranda prepared using artificial intelligence (AI) platforms (e.g. ChatGPT) have increased the Court's concern regarding the reliability and accuracy of filings. In particular, the Court is concerned regarding whether factual and legal citations or references in court filings have been properly vetted by counsel or the pro se parties filing the documents. There have been several reports around the country regarding courts receiving briefs containing fictitious case cites and unsupported arguments that have been generated by AI sources. This order is intended to mitigate these concerns with the following requirements.

All attorneys and pro se filers must file a certification with any brief or memorandum submitted to the Court that states the following;

1. No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

2. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction (or the party making the filing if acting pro se) as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

SO ORDERED THIS  18  day of  June         , 2024.

_____
Martin Reidinger
Chief U.S. District Judge

_____
Frank D. Whitney
U.S. District Judge

_____
Max O. Cogburn, Jr.
U.S. District Judge

_____
Kenneth D. Bell
U.S. District Judge

_____
Robert J. Conrad, Jr.
Senior U.S. District Judge

_____
Graham C. Mullen
Senior U.S. District Judge

_____
Richard L. Voorhees
Senior U.S. District Judge